|  |  |  |
|---|---|---|
| | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | |
| | | Misc. AG Docket No. 52 |
| THOMAS IAN MOIR | * | September Term, 2019 |
| | * | |

**O R D E R**

Upon consideration of the joint petition for disbarment by consent, in which the parties advise that the respondent was disbarred by the District of Columbia Court of Appeals,[1] it is this 21st day of March 2024, by the Supreme Court of Maryland,

ORDERED that, effective immediately, the Respondent, Thomas Ian Moir, is disbarred from the practice of law in the State of Maryland for violation of Rules 8.4(a), (b), and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED that the Clerk of this Court shall strike the name of Thomas Ian Moir from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

---

[1] Since February 2020, respondent has been temporarily suspended pursuant to Rule 19-738(e).